UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUISA CASTAGNA ESPOSITO,

                Plaintiff,

     v.

CHRISTOPHER CHESTNUT, individually and as a partner of CHESTNUT, L.L.P., and WILLIE GARY, individually and as a partner of WILLIAMS, PARENTI, LEWIS & WATSON LLC,

                Defendants.

**ORDER**

18 Civ. 11245 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        On April 20, 2020, Magistrate Judge Ona Wang issued a Report and Recommendation ("R&R") in which she recommended that the Amended Complaint be dismissed but that pro se Plaintiff be offered leave to replead.  (Dkt. No. 49)  Both sides have objected to the R&R.  (Dkt. Nos. 50-55)  Any responses to these objections are due by **May 12, 2020**.

Dated: New York, New York
       May 5, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge