UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUIS CASTAGNA ESPOSITO,

                      Plaintiff,

        -against-                             18 **CIVIL** 11245 (PGG)

## JUDGMENT

CHRISTOPHER CHESTNUT, individually and
As a partner of CHESTNUT, L.L.P., and
WILLIE GRAY, individually and as a partner of
WILLIAMS ARENTI, LEWIS & WATSON
LLC,
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 16, 2020, Judge Wang's R&R is adopted in part as set forth in the Order, Defendants' motions to dismiss (Dkt. Nos. 23, 29) are granted; accordingly, this case is closed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal.

**Dated:**  New York, New York

      May 18, 2020

                                                                 **RUBY J. KRAJICK**
                                                                 _____
                                                                   **Clerk of Court**
                                               **BY:**
                                                                  **Deputy Clerk**