UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUISA CASTAGNA ESPOSITO,

                Plaintiff,

- against -

WILLIE GARY et al.,

                Defendants.

**ORDER**

18 Civ. 11245 (PGG) (OTW)

PAUL G. GARDEPHE, U.S.D.J.:

        Defendants have filed objections to Magistrate Judge Wang's oral order denying Defendants' motion to stay. (See Def. Obj. (Dkt. No. 130); Mot. to Stay (Dkt. No. 120))

Plaintiff will file any opposition to Defendants' objections by **July 5, 2022**.

Dated: New York, New York
        June 27, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge