UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUISA CASTAGNA ESPOSITO,<br><br>                    Plaintiff,<br><br>         -against-<br><br>WILLIE GARY, et al.,<br><br>                    Defendants. | 18-CV-11245 (PGG) (OTW)<br><br>**ORDER** |

**ONA T. WANG, United States Magistrate Judge:**

It appears that counsel for Defendant Chestnut seek to withdraw their representation of him. (*See* ECF Nos. 159 and 160). Defendant Chestnut is directed to file a letter by March 3, 2023, informing the Court whether he will proceed in the case *pro se* or retain new counsel.

**SO ORDERED.**

Dated: February 13, 2023
       New York, New York

                                                                    *s/ Ona T. Wang*
                                                                    **Ona T. Wang**
                                                                    United States Magistrate Judge