UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
LUISA CASTAGNA ESPOSITO,

     Plaintiff,

    -against-

WILLIE GARY, et al.,

     Defendants.
-------------------------------------------------------------x

18-CV-11245 (PGG) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF Nos. 170, 171, and 173.

The stay on the case is **LIFTED**. The parties are directed to meet and confer and submit an updated Proposed Case Management Plan for Pro Se Cases, available at [https://www.nysd.uscourts.gov/hon-ona-t-wang](https://www.nysd.uscourts.gov/hon-ona-t-wang). **The parties are directed to each fill out and submit separate versions of the Proposed Case Management Plan for Pro Se Cases.**

If the Gary Defendants wish for discovery to be stayed as to them only, they shall include in their Proposed Case Management Plan a briefing schedule for their anticipated fulsome Motion to Stay.

  **SO ORDERED.**

                _s/ Ona T. Wang_
Dated: May 5, 2023          **Ona T. Wang**
  New York, New York       United States Magistrate Judge