**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
LUISA CASTAGNA ESPOSITO,             :

                                  Plaintiff,            :                18-CV-11245 (PGG) (OTW)

                                  -against-           :                **ORDER**

WILLIE GARY, et al.,                    :

                                Defendants.       :

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Gary Defendants are directed to submit their version of the Proposed Case Management Plan, as instructed in ECF 175, by **May 25, 2023**.

**SO ORDERED.**

                                                                   *s/ Ona T. Wang*

Dated: May 19, 2023                                    **Ona T. Wang**
        New York, New York                     United States Magistrate Judge