UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
LUISA CASTAGNA ESPOSITO,

              Plaintiff,

             -against-

WILLIE GARY, et al.,

              Defendants.
------------------------------------------------------------x

18-CV-11245 (PGG) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed the parties' three separate case management plans (ECF Nos. 176, 177, and 181).

The fact discovery deadline is extended to August 30, 2023. The parties are directed to meet and confer on a date for an in-person status conference with the Court during which they shall be prepared to discuss third-party discovery. The parties shall file a **joint** status letter on this subject by **June 23, 2023**.

      **SO ORDERED.**

Dated: June 1, 2023
       New York, New York

       *s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge