**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
LUISA CASTAGNA ESPOSITO,

               Plaintiff,

         -against-

WILLIE GARY, et al.,

               Defendants.

------------------------------------------------------------x

18-CV-11245 (PGG) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 190. The Court will hold a Status Conference on **Tuesday, July 25, 2023, at 2:00 p.m.** in Courtroom 20D, 500 Pearl Street New York, NY 10007. The parties are directed to file a joint proposed agenda by **Tuesday, July 18, 2023**.

**SO ORDERED.**

Dated: June 20, 2023
New York, New York

               _s/ Ona T. Wang_
               **Ona T. Wang**
               United States Magistrate Judge