UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
LUISA CASTAGNA ESPOSITO,              :
                                       :
                    Plaintiff,         :      18-CV-11245 (PGG) (OTW)
                                       :
         -against-                     :      **ORDER**
                                       :
WILLIE GARY, et al.,                   :
                                       :
                    Defendants.        :
                                       :
-----------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a status conference in this matter on Tuesday, July 25, 2023.

As held at the conference, discovery is hereby **STAYED** pending resolution of Defendants' seven third-party subpoenas. If Defendant Christopher Chestnut wishes to file motions to compel regarding the three subpoenas already filed, the motions shall be filed **by Friday, August 4, 2023**. The Gary Defendants shall pay for their own and *pro se* Plaintiff's copies of document productions responsive to the subpoenas.

If Plaintiff moves to file a third amended complaint, she is directed to review and adhere to the Federal Rules of Civil Procedure, and must file her motion to amend, if any, **no later than Friday, September 1, 2023**. As indicated at the conference, this deadline will not be extended while Plaintiff seeks new counsel to represent her in this lawsuit. Further, Plaintiff's motion to amend must: (1) attach the proposed amended complaint with a redline against the last complaint, (2) indicate that Plaintiff obtained Defendants' review of the amended complaint, and (3) explain why Plaintiff is amending her complaint at this point in an already prolonged litigation. *See* Fed. R. Civ. P. 16.

The parties are encouraged to communicate by email and include all parties on the email chain. However, as cautioned at the conference, the parties are discouraged from sending emails that do not move the litigation process forward.

The parties are directed to refer to the transcript of the July 25, 2023, conference for additional details on the Court's rulings.

Finally, ECF Nos. 196-198 were filed on the docket shortly before the conference. Those motions and requests are denied as moot because they were addressed on the record at the conference.

**SO ORDERED.**

Dated: July 26, 2023
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge