**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
LUISA CASTAGNA ESPOSITO,

                Plaintiff,

                -against-

WILLIE GARY, et al.,

                Defendants.
------------------------------------------------------------x

18-CV-11245 (PGG) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

      The Court has reviewed ECF 201. Defendant Chestnut's motion for a ten-day extension for filing the motions to compel is **DENIED without prejudice to renewal**. If Defendant Chestnut seeks an extension of time, he shall (1) propose an extension date, and (2) file under seal a letter from his treating medical professional attesting to his severe illness.

      **SO ORDERED.**

Dated: August 10, 2023
      New York, New York

                                    *s/ Ona T. Wang*
                                    **Ona T. Wang**
                                    United States Magistrate Judge