**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
LUISA CASTAGNA ESPOSITO,                    :
                                            :
                Plaintiff,                  :
                                            :        18-CV-11245 (PGG) (OTW)
            -against-                       :
                                            :        ORDER
WILLIE GARY, et al.,                        :
                                            :
                Defendants.                 :
                                            :
                                            :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF Nos. 203, 204, 205, and 206. *Pro se* Defendant Chestnut's renewed motion for an extension is **GRANTED**. Defendant Chestnut shall file any motions to compel by **Monday, August 21, 2023**. Further, Defendant Chestnut's motion to seal the letter from his physician (ECF 203-1) is **GRANTED**.

As a licensed attorney, Defendant Chestnut may sign the subpoenas (ECF Nos. 204 and 205) he submitted for my signature on the line labeled "Attorney's signature." Alternatively, if he prefers, Defendant Chestnut may contact the Clerk of Court regarding the signature required for his subpoenas.

The Clerk of Court is respectfully directed to seal ECF 203-1, viewable to the Court only.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: August 16, 2023
New York, New York