UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
LUISA CASTAGNA ESPOSITO,

               Plaintiff,

               -against-

WILLIE GARY, et al.,

               Defendants.
------------------------------------------------------------x

18-CV-11245 (PGG) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF 227. To the extent *pro se* Plaintiff's letter is a request for reconsideration of my Order denying Plaintiff's motion for leave to file her proposed Third Amended Complaint (ECF 213), her request is **DENIED**.

The reasons for denying Plaintiff's proposed filing are more fully set out in ECF 213, and do not relate only to her failure to comply with my procedural directives. The Court also notes that Defendants' motion to dismiss Plaintiff's second amended complaint remains *sub judice* and the Court will address this motion in due course.

The Clerk of Court is respectfully directed to serve a copy of this Order on *pro se* Plaintiff.

**SO ORDERED.**

                                                                *s/ Ona T. Wang*
Dated: September 29, 2023                         **Ona T. Wang**
       New York, New York             United States Magistrate Judge