**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
LUISA CASTAGNA ESPOSITO,                    :
                                            :
                Plaintiff,        :        18-CV-11245 (PGG) (OTW)
                                            :
              -against-                   :
                                            :        **ORDER**
WILLIE GARY, et al.,                        :
                                            :
                Defendants.       :
                                            :
------------------------------------------------------------x

        **ONA T. WANG**, **United States Magistrate Judge**:

        The Court has reviewed ECF 236. Non-party Travelers Indemnity Company of Connecticut's ("Travelers") motion for time to file its opposition to ECF 234 is **GRANTED**. Travelers shall file its opposition to *pro se* Plaintiff's motion **by Friday, December 15, 2023**.

        The Clerk of Court is respectfully directed to serve a copy of this Order on *pro se* Plaintiff.

        **SO ORDERED.**


                                                                        *s/ Ona T. Wang*
Dated: December 6, 2023                                        **Ona T. Wang**
        New York, New York                        United States Magistrate Judge