**SOLOMON CRAMER & SUMMIT LLP**
25 West 39th Street, 7th Floor
New York, NY 10018
(212) 884-9102
solomoncramer.com

December 8, 2023

**MEMO ENDORSED.**

Via ECF

Hon. Ona T. Wang
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Esposito v. Gary*, 18-cv-11245 (PGG)(OTW)

Dear Judge Wang:

This firm is counsel to non-parties Golden Pear Funding OpCo, LLC and Case Cash Funding, LLC ("Case Cash"). Like Travelers Indemnity Company of Connecticut ("Travelers"), my clients intend to oppose plaintiff Luisa Castagna Esposito's Motion to Compel Discovery and for Sanctions (ECF 234) and to move to quash the underlying subpoena. We request that my clients' deadline to do so be set for December 15, 2023 to match up with Travelers' deadline, which was set by the Court in its December 6, 2023 Order (ECF 239).

By way of background, from October 2013 to April 2014, Case Cash provided litigation funding to Ms. Esposito in the total amount of $107,750. Case Cash recovered nothing on this investment and wrote it off as a total loss. We set this out for Ms. Esposito's prior counsel in a declaration. In opposition to Plaintiff's motion, my clients will show (a) that they were never properly served with the latest subpoena, (b) that they already produced all relevant documents in their possession (in response to the previous subpoena), and (c) that the underlying rationale for the subpoena is the false premise that my clients received money from Ms. Esposito's case, which is simply untrue.

Respectfully submitted,

/s/Andrew T. Solomon

Andrew T. Solomon

**Application GRANTED. Non-party Case Cash's opposition is due December 15, 2023.**

**SO ORDERED.**

_____
Ona T. Wang          12/8/23
U.S.M.J.

**Certification of Service**

Andrew T. Solomon, pursuant to 28 U.S.C. § 1746, declares as follows:

On December 8, 2023, my office served the foregoing letter by email and U.S. Mail on the *pro se* parties who are not on ECF as follows:

| | |
|---|---|
| Luisa Castagna Esposito<br>282 Garden Place<br>West Hempstead, NY 11552<br>516-652-1639<br>Fax: 516-741-0320<br>Email: cast39@aol.com | Christopher Chestnut<br>1201 W. Peachtree St.<br>Ste. 2300<br>Atlanta, GA 30309<br>352-256-6151<br>Email: christopherchestnut@gmail.com |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 8, 2023.

/s/Andrew T. Solomon
Andrew T. Solomon