**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LUISA CASTAGNA ESPOSITO,

                          Plaintiff,

      -against-                                           18 **CIVIL** 11245 (PGG)(OTW)

## JUDGMENT

WILLIE GARY, individually and as a partner of
GARY, WILLIAMS, PARENTI, WATSON &
GARY, P.L.L.C. and CRISTOPHER CHESTNUT,
individually and as a partner of THE CHESTNUT
FIRM, P.C. and THE CHESTNUT FIRM, LLC,

                          Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 24, 2024, the Court's Memorandum Opinion & Order dated June 26, 2025, and the Court's Order dated July 23, 2025, Judge Wang's 2024 R&R (Dkt. No. 272) recommended that the Second Amended Complaint be dismissed as to both Defendants for failure to state a claim. Only Defendant Gary moved to dismiss the SAC, however. Judge Wang's R&R is adopted as to Defendant Gary and not adopted as to Defendant Chestnut, and the SAC's claims against Defendant Gary are dismissed for failure to state a claim. The SAC's claims against the Chestnut Defendants are dismissed for failure to state a claim. Given that the Chestnut Defendants are the last remaining Defendants, the SAC is dismissed in its entirety. The Gary Defendants' motion to dismiss their counterclaims against Esposito without prejudice (Dkt. No. 287) is granted. Esposito's motion to dismiss the Gary Defendants' counterclaims for failure to prosecute (Dkt. No. 289) is denied. Esposito's requests for oral argument (Dkt. No. 289) and for permission to seek discovery concerning the counterclaims (Dkt. No. 283) are denied as moot. The Court certifies under 28 U.S.C. § 1915(a)(3) that any

appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he or she seeks review of a non-frivolous issue); accordingly, the case is closed.

**Dated:**  New York, New York

       August 12, 2025

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

**BY:**  *K. Mango*
_____
**Deputy Clerk**